UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JASON GOLDBLATT, :
          Plaintiff, :
           : **ORDER**
v. :
           : 22 CV 4953 (VB)
SYNCHRONY BANK, :
          Defendant. :
--------------------------------------------------------------x

      As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

      1.     By **March 9, 2023**, defense counsel shall submit a joint letter describing the good faith efforts counsel have taken, and will take, to discuss settlement of this matter, and whether there is anything the Court can do to assist in that regard (for example, by referring this case to a magistrate judge for a settlement conference or to the Court-annexed mediation program).

      2.     Defendant's motion for summary judgment is due **March 27, 2023**.

      3.     Plaintiff's opposition is due **April 27, 2023**.

      4.     Defendant's reply is due **May 11, 2023**.

Dated: February 23, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge